UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SUB61107 INC, an Indiana Corporation, | ) ) ) |
| Defendant. | ) ) ) |

CASE NO.: 1:25-cv-00094-MPB-MG

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant file this Joint Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their written agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines and conferences be adjourned while they finalize their settlement.

Dated: April 1, 2025

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

Eric C. Bohnet, Esq.

Respectfully submitted,

*/s/ Donald D. Levenhagen*          .
Donald D. Levenhagen, Esq.
Attorney No: 10327-49
P.O. Box 501370
Indianapolis, IN 46250
Tel: (317) 902-2199
dlevenhagen@comcast.net

*Attorneys for Defendant*

1

Attorney No. 24761-84
6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy will be Emailed to the following:

Donald D. Levenhagen, Esq.
P.O. Box 501370
Indianapolis, IN 46250
dlevenhagen@comcast.net

By: *Louis I. Mussman*
Louis I. Mussman, Esq.

2