> Dismissal with prejudice acknowledged [17]. The Clerk is directed to close this case.
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: May 1, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| SUB61107 INC, an Indiana Corporation, | ) ) ) |
| Defendant. | ) ) ) |

CASE NO.: 1:25-cv-00094-MPB-MG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84

Respectfully submitted,

*/s/ Donald D. Levenhagen* .
Donald D. Levenhagen, Esq.
Attorney No: 10327-49
P.O. Box 501370
Indianapolis, IN 46250
Tel: (317) 902-2199
dlevenhagen@comcast.net

*Attorneys for Defendant*